**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AWP, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> SOUTHEASTERN TRAFFIC SUPPLY, INC., STEPHEN KOVACH, ROBERT PARRISH, and ROSS SMITH, <br><br>    Defendants. | Case No.: 1:16-cv-01315-ELR |

**JOINT MOTION FOR ENTRY OF CONSENT
ORDER FOR EXPEDITED DISCOVERY**

Plaintiff AWP, Inc. and Defendants Southeastern Traffic Supply, Inc., Stephen Kovach, Robert Parrish, and Ross Smith jointly move this Court to grant the attached proposed Consent Order for Expedited Discovery.

Dated: May 12, 2016

*s/ Stephen P. Fuller*

Stephen P. Fuller (Ga. Bar No. 280336)
CKR LAW, LLP
10475 Medlock Bridge Road, Suite 820
Johns Creek, GA  30097
sfuller@ckrlaw.com

*Counsel for Defendant Robert Parrish*


*s/ Kathleen Jennings*

James W. Wimberly, Jr. (Ga. Bar No. 769800)
Kathleen Jennings (Ga. Bar No. 394862)
WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, GA 30326
Ph: (404)365-0900
Email: jww@wimlaw.com
           kjj@wimlaw.com

*Counsel for Defendants Southeastern Traffic Supply, Inc., Stephen Kovach, and Ross Smith*

*s/ Elaine R. Walsh*

William B. B. Smith (Ga. Bar No. 664637)
Elaine R. Walsh (Ga. Bar No. 003480)
JONES DAY
1420 Peachtree Street, N.E. Suite 800
Atlanta, GA  30309-3053
(404) 521-3939/Telephone
(404) 581-8330/Facsimile
wsmith@jonesday.com
erogerswalsh@jonesday.com

Robert P. Ducatman*
Jeffrey Saks*
Candice M. Reder*
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-3939/Telephone
(216) 579-0212/Facsimile
rducatman@jonesday.com
jsaks@jonesday.com
creder@jonesday.com

*Motion for Admission Pro Hac Vice pending*

*Counsel for Plaintiff AWP, Inc.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing **JOINT MOTION FOR ENTRY OF CONSENT ORDER FOR EXPEDITED DISCOVERY** has been prepared with one of the font and point selections (e.g., Times New Roman/14 point) approved by this Court in Local Rule 5.1B.

This 12th day of May, 2016.

*s/ Elaine R. Walsh*
One of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **JOINT MOTION FOR ENTRY OF CONSENT ORDER FOR EXPEDITED DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James W. Wimberly, Jr.<br>Kathleen Jennings<br>WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.<br>3400 Peachtree Road, N.E. Suite 400<br>Atlanta, GA 30326<br><br>*Counsel for Defendants Southeastern Traffic, Inc., Stephen Kovach and Ross Smith* | Stephen P. Fuller<br>CKR LAW, LLP<br>10475 Medlock Bridge Road<br>Suite 820<br>Johns Creek, GA 30097<br><br>*Counsel for Defendant Robert Parrish* |

This 12th day of May, 2016.

*s/ Elaine R. Walsh*
Georgia Bar No. 003480
Attorney for AWP, Inc.

JONES DAY
1420 Peachtree Street, N.E. Suite 800
Atlanta, GA 30309-3053
(404) 521-3939
erogerswalsh@jonesday.com