IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AWP, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>SOUTHEASTERN TRAFFIC SUPPLY, INC., STEPHEN KOVACH, ROBERT PARRISH, and ROSS SMITH,<br><br>      Defendants. | Case No.: 1:16-cv-01315-ELR |

**JOINT MOTION FOR ENTRY OF CONSENT**
**ORDER FOR EXTENSION OF EXPEDITED DISCOVERY**

Plaintiff AWP, Inc. and Defendants Southeastern Traffic Supply, Inc., Stephen Kovach, Robert Parrish, and Ross Smith together move this Court to grant the attached proposed Consent Order for Extension of Expedited Discovery.

In its Order of May 16, 2016 (ECF No. 19), this Court granted the parties' Joint Motion for Entry of Consent Order for Expedited Discovery (ECF No. 18). Pursuant to the May 16 Order, the parties are to make themselves available for deposition within 60 days. The parties have been engaging in discovery diligently, including multiple exchanges of written discovery, and have depositions

scheduled. However, due to witness schedules the parties need until August 31, 2016 to complete the subject discovery.

The extension requested herein will allow the parties to complete these depositions without violating the May 16 Order. No party will be prejudiced by this extension, this is the only request for an extension of deadlines in this matter, and this request will not affect the close of regular fact discovery set by this Court for December 7, 2016 pursuant to its June 7, 2016 Scheduling Order (ECF No. 45).

Dated: July 14, 2016

| | |
|---|---|
| *s/ Stephen P. Fuller* | *s/ Candice M. Reder* |
| Stephen P. Fuller (Ga. Bar No. 280336) | William B. B. Smith (Ga. Bar No. 664637) |
| CKR LAW, LLP | Elaine R. Walsh (Ga. Bar No. 003480) |
| 10475 Medlock Bridge Road, Suite 820 | JONES DAY |
| Johns Creek, GA  30097 | 1420 Peachtree Street, N.E. Suite 800 |
| sfuller@ckrlaw.com | Atlanta, GA  30309-3053 |
| | (404) 521-3939/Telephone |
| *Counsel for Defendant Robert Parrish* | (404) 581-8330/Facsimile |
| | wsmith@jonesday.com |
| | erogerswalsh@jonesday.com |
| *s/ Kathleen Jennings* | |
| James W. Wimberly, Jr. (Ga. Bar No. 769800) | Robert P. Ducatman* |
| Kathleen Jennings (Ga. Bar No. 394862) | Jeffrey Saks* |
| WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C. | Candice M. Reder* |
| Suite 400, Lenox Towers | JONES DAY |
| 3400 Peachtree Road, N.E. | North Point |
| Atlanta, GA 30326 | 901 Lakeside Avenue |
| Ph: (404)365-0900 | Cleveland, Ohio  44114-1190 |
| Email: jww@wimlaw.com | (216) 586-3939/Telephone |
|        kjj@wimlaw.com | (216) 579-0212/Facsimile |
| | rducatman@jonesday.com |
| *Counsel for Defendants Southeastern Traffic Supply, Inc., Stephen Kovach, and Ross Smith* | jsaks@jonesday.com |
| | creder@jonesday.com |
| | |
| | **Motion for Admission Pro Hac Vice pending* |
| | |
| | *Counsel for Plaintiff AWP, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AWP, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>SOUTHEASTERN TRAFFIC SUPPLY, INC., STEPHEN KOVACH, ROBERT PARRISH, and ROSS SMITH,<br><br>      Defendants. | Case No.: 1:16-cv-01315-ELR |

## [PROPOSED] CONSENT ORDER FOR EXTENSION OF EXPEDITED DISCOVERY

For good cause shown, and based upon consent of the parties, it is hereby ordered that the deadline for the parties to complete expedited discovery pursuant to this Court's Order of May 16, 2016 (ECF No. 19) is extended to August 31, 2016.

**SO ORDERED,** this _____ day of _____, 2016.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing **JOINT MOTION FOR ENTRY OF CONSENT ORDER FOR EXTENSION OF EXPEDITED DISCOVERY** has been prepared with one of the font and point selections (e.g., Times New Roman/14 point) approved by this Court in Local Rule 5.1B.

This 14th day of July, 2016.

*s/ Candice M. Reder*
One of Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **JOINT MOTION FOR ENTRY OF CONSENT ORDER FOR EXTENSION OF EXPEDITED DISCOVERY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James W. Wimberly, Jr.<br>Kathleen Jennings<br>WIMBERLY, LAWSON, STECKEL,<br>SCHNEIDER & STINE, P.C.<br>3400 Peachtree Road, N.E. Suite 400<br>Atlanta, GA 30326<br><br>*Counsel for Defendants Southeastern Traffic, Inc., Stephen Kovach and Ross Smith* | Stephen P. Fuller<br>CKR LAW, LLP<br>10475 Medlock Bridge Road<br>Suite 820<br>Johns Creek, GA 30097<br><br>*Counsel for Defendant Robert Parrish* |

This 14th day of July, 2016.

                                                    *s/ Candice M. Reder*
                                                    Admitted pro hac vice
                                                    Attorney for AWP, Inc.

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939
creder@jonesday.com