# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| AWP, INC., | * | |
| Plaintiff, | * | |
| v. | * | 1:16-CV-01315-ELR |
| SOUTHEASTERN TRAFFIC SUPPLY, INC., et al., | * | |
| Defendants. | * | |

## O R D E R

Now before the Court is the parties' Joint Motion for Entry of Consent Order for Extension of Expedited Discovery. (Doc. No. 59.) Upon consideration, the Court **GRANTS** the parties' motion.

**SO ORDERED**, this 14th day of July, 2016.

*Eleanor L. Ross*
_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia